JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRYON THOMPSON, | ) | Case No. EDCV 07-1666-VAP |
| | ) | (JCRx) |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| SPECIAL ENFORCEMENT, | ) | |
| INC., a California | ) | |
| corporation; ROBERT C. | ) | |
| SANDOVAL, JR., an | ) | |
| individual, and DOES 1 | ) | |
| through 10, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that this Judgment is entered in favor of Plaintiff Bryon Thompson against Defendant Special Enforcement, Inc.  The Court orders that such judgment be entered.

The amount of damages ordered paid to Plaintiff by Defendant Special Enforcement, Inc. is as follows:

1  a) $225 in unpaid overtime plus interest of $.07 per
2   day from 11/1/07 through 12/16/08, totaling $253.77.
3
4  b) $300 in unpaid minimum wages plus interest of $.08
5   per day from 11/1/07 through 12/16/08, totaling $332.88.
6
7  c) Liquidated damages for failure to pay unpaid
8   minimum wages of $300 plus interest of $.08 per day
9   from 11/1/07 through 12/16/08, totaling $332.88.
10
11  d) Statutory penalties, per Cal. Labor Code § 203 of
12   $2040.
13
14  e) Statutory penalties, per Cal. Labor Code § 203.1
15   of $2040.
16
17  f) Statutory penalties, per Cal. Labor Code § 226 of
18   $350.
19
20  g) Failure to provide meal and rest periods of
21   $484.50.
22
23  h) Reasonable attorneys' fees incurred by Plaintiff
24   in this action of $16,500.00
25
26 Dated: <u>December 17, 2008</u>    _____
27               VIRGINIA A. PHILLIPS
                United States District Judge
28