UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON THOMPSON,<br><br>          Plaintiff,<br><br>     v.<br><br>SPECIAL ENFORCEMENT, INC., a California corporation; ROBERT C. SANDOVAL, JR., an individual, and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. EDCV 07-1666-VAP (JCRx)<br><br>**AMENDED JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that this Judgment is entered in favor of Plaintiff Bryon Thompson against Defendant Special Enforcement, Inc. and Defendant Robert C. Sandoval, Jr. The Court orders that such judgment be entered.

The amount of damages ordered paid to Plaintiff by Defendant Special Enforcement, Inc. and Defendant Robert C. Sandoval, Jr. is as follows:

   a) $225 in unpaid overtime plus interest of $.07 per day from 11/1/07 through 12/16/08, totaling $253.77.

   b) $300 in unpaid minimum wages plus interest of $.08 per day from 11/1/07 through 12/16/08, totaling $332.88.

   c) Liquidated damages for failure to pay unpaid minimum wages of $300 plus interest of $.08 per day from 11/1/07 through 12/16/08, totaling $332.88.

   d) Statutory penalties, per Cal. Labor Code § 203 of $2040.

   e) Statutory penalties, per Cal. Labor Code § 203.1 of $2040.

   f) Statutory penalties, per Cal. Labor Code § 226 of $350.

   g) Failure to provide meal and rest periods of $484.50.

```
 1        h) Reasonable attorneys' fees incurred by Plaintiff
 2           in this action of $24,237.92.
 3
 4
 5   Dated:  January 16, 2009        _____
                                            VIRGINIA A. PHILLIPS
 6                                       United States District Judge
```

3