# United States District Court
# Central District of California

Bryon Thompson,

          Plaintiff,

v.

Special Enforcement, Inc., a California corporation; Robert C. Sandoval, Jr., an individual, and DOES 1 through 10, inclusive,

          Defendants.



FILED
CLERK, U.S. DISTRICT COURT
JAN 15, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY:   BH   DEPUTY

EDCV 07-01666-VAP (OPx)

**Renewal of Judgment**

Pursuant to the Court's Minute Order, entered under separate cover, granting Plaintiff Bryon Thompson's ("Plaintiff") Application for Renewal of Judgment, the Court orders as follows:

IT IS HEREBY ORDERED that the judgment entered in this case on January 16, 2009 against Defendants Special Enforcement, Inc. and Robert C. Sandoval, Jr. and in favor of Plaintiff and which is set to lapse on January 16, 2019 pursuant to California Code of Civil Procedure Section 683.020, is hereby RENEWED in the amount of $30,901.09, including $1,313.64 in

post-judgment interest through January 15, 2019.

**IT IS SO ORDERED.**

Dated: 1/15/19

Virginia A. Phillips
Chief United States District Judge